FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 06, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EFREN SANDOVAL,<br><br>Defendant. | Nos. 2:23-CR-00046-MKD-12<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED<br>(ECF NO. 555)** |

Before the Court is Defendant EFREN SANDOVAL's Unopposed Motion to Modify Conditions of Release.  **ECF No. 555**.  Defendant seeks **termination of Pretrial Release Condition No. 14 requiring Defendant to wear, at all times, a GPS device under the supervision of United States Probation**, ECF No. 510. The United States and U.S. Probation do not oppose modification of Defendant's Pretrial Release Condition 14.

**IT IS ORDERED:**

1. Defendant's Motion, **ECF No. 555**, is **GRANTED**.

2. Pretrial Release Condition No. 14 in the Order Releasing Defendant, ECF No. 510, is **STRICKEN.**

3. **All other conditions of pretrial release set forth in the Order Releasing Defendant, ECF No. 510, shall remain in full force and effect.**

4. If a party seeks reconsideration of Defendant's detention before this Court because of material and newly discovered circumstances, any such motion

ORDER - 1

shall be a maximum of four-pages in length and shall succinctly state what circumstances are new, how they are established, and the requested change in conditions of release. The motion shall indicate whether opposing counsel; United States Probation/Pretrial Services; or another party with a substantial interest in the motion objects, whether a hearing is desired, and whether a supplemental pretrial services report is requested. If the moving party, after the exercise of due diligence, is unable to determine the position of any party listed above, the moving party may in the alternative document the date; time; and manner of each effort made to determine that party's position and request the Court treat the motion as expedited and submitted without argument. **Motions in Spokane cases shall be heard as set by the Spokane Magistrate Judge Courtroom Deputy. Yakima cases shall be heard on the following Wednesday docket**, and **Richland cases shall be heard on the following Thursday docket.** If the Court determines that oral argument is unnecessary on the motion, the motion shall be set for decision on the Court's 6:30 p.m. docket.

5. If a party desires that another court review this Order pursuant to 18 U.S.C. § 3145, that party shall promptly file a motion for review before the district judge to whom the case is assigned, as further described in the Detention Order Review Protocol published for the Eastern District of Washington. Both parties shall cooperate to ensure that the motion is promptly determined.

**IT IS SO ORDERED.**

DATED February 6, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2